**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Khalid Latif PORTER, a/k/a Khalid Abdulsallam, a/k/a Khalid Taylor, Defendant–Appellant.**

No. 01–6876.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2001.

Decided Dec. 12, 2001.

Khalid Latif Porter, pro se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

PER CURIAM.

Khalid Latif Porter seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the

appeal substantially on the reasoning of the district court.* *United States v. Porter*, Nos. CR–98–222–A; CA–01–601–AM (E.D. Va. Feb. 22, 2001; Apr. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We held in *United States v. Sanders*, 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Porter's *Apprendi* claim is not cognizable.